UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VOUGHT CONSTRUCTION INC. aka VOUGHT CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY, an Arkansas corporation, <br><br> Defendant. | Case No. 4:24-CV-01838 <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
|---|---|

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, the parties having entered into a CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE ("settlement agreement"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff VOUGHT CONSTRUCTION INC. ("Vought") and Defendant ALLIED WORLD SURPLUS LINES INSURANCE COMPANY ("Allied World"), the only parties that have appeared herein, through their respective counsel of record, stipulate as follows:

1. The above-entitled action is dismissed in its entirety with prejudice. All claims and all defenses in this action are dismissed with prejudice.

2. In accordance with the Protective Order entered herein (January 18, 2025; ECF Docket No. 80, par. 4), the Hon. Judge William H. Orrick retains jurisdiction to enforce the terms of that order. The parties further stipulate that the Hon. Judge William H. Orrick retains jurisdiction to enforce the terms of the above-referenced settlement agreement.

3. Pursuant to the above-referenced settlement agreement, each party will bear its own attorneys' fees and court costs. Allied World waives its affirmative defenses to the Action. Both Vought and Allied World waive their respective rights to appeal related to the Action, waive their

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER - CASE NO. 3:24-cv-01838-WHO**

respective rights to recover any other expenses arising from the Action, and further waive their respective rights to any other and further relief in the Action, except as provided in the settlement agreement and the above-referenced Protective Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 3, 2025         LAW OFFICES OF MARK N. WHITE

                                By: _____Mark N. White_____
                                    MARK N. WHITE
                                    Attorney for Plaintiff
                                    VOUGHT CONSTRUCTION INC.

Dated: February 3, 2025         HAYES SCOTT BONINO
                                ELLINGSON & GUSLANI LLP

                                By: _____
                                    RYAN Z. KELLER
                                    Attorney for Defendant
                                    ALLIED WORLD SURPLUS LINES INSURANCE
                                    COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED. The clerk is ordered to enter the dismissal with prejudice in accordance with Rule 41. It is further ordered that all upcoming hearings and deadlines should be vacated until such time as the Court orders otherwise.

DATED: February 3, 2025         _____
                                United States District Court Judge

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Ryan Z. Keller, attest that I have obtained concurrence in the filing of this document from all other signatories listed herein.

Dated: January 30, 2025

By: _____
RYAN Z. KELLER
Attorney for Defendant
ALLIED WORLD SURPLUS LINES INSURANCE COMPANY